# Court of Appeals
# of the State of Georgia

ATLANTA,   October 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2048.  GUILFORD v. THE KROGER COMPANY, INC.**

This appeal was docketed in this Court on June 26, 2015. Pursuant to Rule 23 (a) of the Rules of the Court of Appeals of the State of Georgia, Appellant Asante` Guilford's enumeration of error(s) and brief were to be filed in this Court by July 16, 2015.

On July 24, 2015, Appellant filed a motion to stay the proceedings and a motion for an extension of time in which to file an enumeration of error(s) and brief. In both motions, Appellant explained that due to a change of address, she had not received notices from this Court and thus had not been able to comply with the filing rules of this Court. In the motion to stay the proceedings, Appellant asked that this Court stay the appeal pending a ruling on the motion for an extension of time in which to file an enumeration of error(s) and brief. On July 29, 2015, this Court issued an order granting Appellant's motion for an extension of time in which to file an enumeration of error(s) and brief, until August 17, 2015. To the extent there was no ruling on Appellant's motion to stay the proceedings, that motion is hereby **DENIED**, as moot.

Appellant failed to file an enumeration of error(s) or brief by August 17, 2015, and on September 1, 2015, Appellee filed a motion to dismiss the appeal. On September 9, 2015, Appellant filed a response objecting to Appellee's motion to dismiss the appeal, stating therein that, due to a family medical emergency, she made an inadvertent oversight and had forgotten to file an enumeration of error(s) and brief, and had forgotten to file a motion requesting additional time in which to file an enumeration of error(s) and brief. Appellant further stated that she "has filed a motion

for extension of time of 20 more days to file her brief and request for oral argument."

But, as of the date of this order, no such documents have been filed with this Court. Also, as of the date of this order, Appellant has not filed an enumeration of error(s) or brief as ordered by this Court, and no motion for an extension for good cause has been filed. Consequently, Appellee's motion to dismiss the appeal is hereby granted. This appeal is **DISMISSED**. Court of Appeals Rule 7, 23.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 10/06/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*